**DISMISS and Opinion Filed September 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00199-CR**

**THE STATE OF TEXAS, Appellant**
**V.**
**JUANITA JERNIGAN, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB-1854318-M**

**MEMORANDUM OPINION**

Before Justices Whitehill, Pedersen, III, and Reichek
Opinion by Justice Reichek

After filing a timely appeal of the trial court's order granting Juanita Jernigan's motion to suppress evidence, the State filed a motion to dismiss this appeal. We grant the motion and dismiss this appeal.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200199F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-20-00199-CR     V.

JUANITA JERNIGAN, Appellee

On Appeal from the County Criminal
Court of Appeals No. 2, Dallas
County, Texas
Trial Court Cause No. MB-1854318-M.
Opinion delivered by Justice
Reichek. Justices Whitehill and
Pedersen, III participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered September 17, 2020